UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANEL M. HERNANDEZ,

    Plaintiff,

v.     Case No. 6:22-cv-2313-RBD-PDB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, Plaintiff challenges the denial of her application for benefits. (Doc. 1.) On referral, U.S. Magistrate Judge Patricia D. Barksdale recommends affirming the Commissioner's decision. (Doc. 21 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 21) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The decision of the Commissioner is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the

Commissioner and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 2, 2024.

ROY B. DALTON, JR.
United States District Judge